**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01604-REB-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

     Plaintiffs,

v.

ELECTRICAL SYSTEMS CORPORATION,

     Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES

**Blackburn, J.**

This matter is before the court on the plaintiffs' **Motion To Approve Attorney Fees** [#13][1] filed October 10, 2011.  Default judgment has been entered against the defendant. I grant the motion.

This is an action by the plaintiffs to enforce the defendant's obligations under 29 U.S.C. § 1145, part of the Employee Retirement Income and Security Act (ERISA), 29 U.S.C. §§ 1001 - 1461.  Under 29 U.S.C. § 1132(g)(2), the plaintiffs are entitled to an award of reasonable attorney fees in a successful action to enforce § 1145.  The

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

affidavit and billing statement attached to the plaintiffs' motion demonstrate that counsel for the plaintiffs expended a reasonable number of hours on this litigation and charged a reasonable hourly rate for those services.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Motion To Approve Attorney Fees** [#13] filed October 10, 2011, is **GRANTED**;

2. That under 29 U.S.C. § 1132(g)(2), the plaintiff is **AWARDED** one thousand eight hundred sixty seven dollars and fifty cents (1,867.50 dollars) in attorney fees;

3. That the defendant is **ORDERED** to pay this amount to the plaintiffs on or before November 11, 2011.

Dated October 11, 2011, at Denver, Colorado.

            **BY THE COURT:**

            Robert E. Blackbum
            United States District Judge