IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 10-cv-01604-REB-CBS**

EIGHTH DISTRICT ELECTRICAL PENSION FUND, *et al.,*

Plaintiffs,

v.

ELECTRICAL SYSTEMS CORPORATION

Defendant.

_____

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 54.1**
_____

Plaintiffs, Eighth District Electrical Pension Fund *et al.,* hereby certify that a reasonable effort has been made to resolve disputes regarding costs with Defendant. Plaintiffs will be prepared to substantiate such costs, and their right to recover the same, at the appearance before the Clerk, which has been scheduled for Wednesday, October 19, 2011, at 9:00 a.m.

Respectfully submitted this 17th day of October, 2011.

BERENBAUM WEINSHIENK PC

*s/ Michael J. Belo*
Michael J. Belo
370 17th Street, Suite 4800
Denver, CO  80202-5698
(303) 592-8313
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2011, I served this document upon Defendant, Electrical Systems Corporation, by sending it via first class mail, postage prepaid, addressed as follows:

Barbara Root, Registered Agent
Electrical Systems Corporation
5867 Del Paz Drive
Colorado Springs, CO 80918

*s/ Patricia B. Allison*
Legal Assistant to Michael J. Belo, Esq.

2

H:\DOCS\CLIENT\LIT\Eighth District Pension\Electrical Systems Corp\Pldgs\Bill of Costs & Mtn for Atty Fees\Bill of Costs Local Rule 54 cert.doc (MJB) 10/17/11